[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 18, 2007
THOMAS K. KAHN
CLERK

No. 06-14943
Non-Argument Calendar

_____

BIA Nos. A98-602-627 & A98-602-628

KEYLIZ ANNA BERTI,
GREGORY ALEXANDER MORENO,
VIANNA JULIETT MORRELL,

Petitioners,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

**(April 18, 2007)**

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Keyliz Anna Berti, a native and citizen of Venezuela, petitions for review of

the decision of the Board of Immigration Appeals that affirmed the decision of the Immigration Judge that denied her asylum, 8 U.S.C. § 1158(a)(1); withholding of removal, 8 U.S.C. § 1231(b)(3); and relief under the United Nations Convention Against Torture. Berti argues that substantial evidence does not support the adverse credibility finding of the IJ; bias exhibited by the IJ denied Berti a full and fair opportunity to present her claims; and she satisfied the requirements for asylum, withholding of removal, and relief under the CAT. These arguments fail.

Berti challenged before the BIA neither the adverse credibility finding nor the fairness of her hearing. When an applicant fails to raise an issue before the BIA, she has not exhausted her administrative remedies, and we lack jurisdiction to entertain the issue. Amaya-Artunduaga v. U.S. Att'y Gen., 463 F.3d 1247, 1251 (11th Cir. 2006). We are unable to disturb the adverse credibility finding or consider the fairness of Berti's hearing.

It is well-settled that an adverse credibility determination alone may support a denial of relief. See Forgue v. U.S. Att'y Gen., 401 F.3d 1282, 1287 (11th Cir. 2005). Berti entered the United States on January 6, 1999, and maintains that in 1998 she was persecuted on account of her political opinion by the Bolivarian Circles, a group sympathetic to Venezuelan President Hugo Chavez. The IJ based the adverse credibility finding on, among other things, the fact that a United States Citizenship and Immigration Services report states that the Bolivarian Circles did

2

not come into existence until 2001. In Berti's case, the adverse credibility

determination is sufficient to support the denial of asylum, withholding of removal,

and relief under the CAT.

**DENIED.**